# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

ELIZABETH WHITWORTH and SCOTT WHITWORTH (H/W),

    Plaintiffs,

v.

ELI LILLY AND COMPANY, an Indiana corporation,

    Defendants.

Case No. 5:14-cv-00459-D

**STIPULATION OF DISMISSAL**

## STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiffs Elizabeth Whitworth and Scott Whitworth and Defendant Eli Lilly and Company, through their respective counsel, that the above-captioned action be and hereby is dismissed *without* prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

The parties further stipulate and agree to bear their own costs and expenses in connection with the prosecution and defense of this action, including attorneys' fees.

RESPECTFULLY SUBMITTED this the 10th day of February, 2015.

//

//

//

//

//

//

DATED: February 10, 2015

| **KELLER ROHRBACK L.L.P.** | **COVINGTON & BURLING, L.L.P.** |

By: /s/ Khesraw Karmand
    Khesraw Karmand
    KELLER ROHRBACK L.L.P.
    1129 State Street, Suite 8
    Santa Barbara, California 93101

    Michael Woerner
    Meredith L. Gray
    KELLER ROHRBACK L.L.P.
    1201 Third Avenue, Suite 3200
    Seattle, Washington 98101

    Kimberly R. Wilson
    WILSON LAW PA
    1111 Haynes Street, Suite 103
    Raleigh, North Carolina 27604

    *Attorneys for Plaintiffs Elizabeth*
    *Whitworth and Scott Whitworth (H/W)*

By: /s/ Michael X. Imbroscio
    Michael X. Imbroscio
    Phyllis A. Jones
    COVINGTON & BURLING, L.L.P.
    One City Center
    850 Tenth Street NW
    Washington, DC 20001-4956

    Paul J. Osowski
    NELSON MULLINS RILEY &
    SCARBOROUGH, LLP
    Bank of America Corporate Center
    100 North Tryon Street, Suite 4200
    Charlotte, NC 28202-4007

    *Attorneys for Defendant Eli Lilly and*
    *Company*

# ORDER OF DISMISSAL

Based on the foregoing Stipulation of the parties, it is hereby ORDERED:

All causes of action, claims, and defenses in this action by any party are dismissed with prejudice and without an award of attorney fees or costs to any party.

DATED this \_\_\_\_ day of _____, 2015.

                                                            _____
                                                            JUDGE/COURT COMMISSIONER

Presented by:

**KELLER ROHRBACK L.L.P.**


By: /s/ Khesraw Karmand
    Khesraw Karmand
    KELLER ROHRBACK L.L.P.
    1129 State Street, Suite 8
    Santa Barbara, California 93101

    Michael Woerner
    Meredith L. Gray
    KELLER ROHRBACK L.L.P.
    1201 Third Avenue, Suite 3200
    Seattle, Washington 98101

    Kimberly R. Wilson
    WILSON LAW PA
    1111 Haynes Street, Suite 103
    Raleigh, North Carolina 27604
    State Bar No. 30044
    Local Civil Rule 83.1 Counsel

    *Attorneys for Plaintiffs Elizabeth Whitworth*
    *and Scott Whitworth (H/W)*

Approved as to format:

**COVINGTON & BURLING, L.L.P.**

By: /s/ Michael X. Imbroscio
Michael X. Imbroscio
Phyllis A. Jones
COVINGTON & BURLING, L.L.P.
One City Center
850 Tenth Street NW
Washington, DC 20001-4956

Paul J. Osowski
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Bank of America Corporate Center
100 North Tryon Street, Suite 4200
Charlotte, NC 28202-4007

*Attorneys for Defendant Eli Lilly and Company*

# CERTIFICATE OF SERVICE

        I certify that on February 10, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

Michael X. Imbroscio, *admitted Pro Hac Vice*
mimbroscio@cov.com
Phyllis A. Jones, *admitted Pro Hac Vice*
pajones@cov.com
COVINGTON & BURLING, L.L.P.
One City Center
850 Tenth Street NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

Paul J. Osowski
paul.osowski@nelsonmullins.com
Nelson Mullins Riley & Scarborough, LLP
Bank of America Corporate Center
100 North Tryon Street, Suite 4200
Charlotte, NC 28202
Telephone: (704) 417-3000
Facsimile: (704) 377-4814

      */s/ Khesraw Karmand*
      Khesraw Karmand
      kkarmand@kellerrohrback.com
      KELLER ROHRBACK L.L.P.
      1129 State Street, Suite 8
      Santa Barbara, CA 93101
      Tel: (805) 456-1496
      Fax: (805) 456-1497