IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-459-D

ELIZABETH WHITWORTH and )
SCOTT WHITWORTH, )
)
            Plaintiffs, )
)
v. ) **ORDER**
)
ELI LILLY AND COMPANY, )
)
            Defendant. )

Based on the foregoing Stipulation of the parties, it is hereby ORDERED:

All causes of action, claims, and defenses in this action by any party are dismissed with prejudice and without an award of attorney fees or costs to any party.

SO ORDERED. This 30 day of March 2015.

                                        JAMES C. DEVER III
                                        Chief United States District Judge